# Court of Appeals
# of the State of Georgia

ATLANTA, July 17, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0449.  ALYSSA KAY BROWN v. THE STATE.**

In February of 2010, Alyssa Kay Brown was charged with criminal damage to property in the second degree, loitering and prowling, and possession of tools for the commission of a crime.  Brown was found incompetent to stand trial, and on July 30, 2012, the trial court entered an order civilly committing Brown to the custody of the Department of Human Resources for treatment, pursuant to OCGA § 17-7-130. Brown filed her application for discretionary review of the civil commitment order on June 28, 2013.  We lack jurisdiction.

The trial court's order appears to have been a directly appealable order. Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992).  Here, Brown filed her application 333 days after the trial court's order was entered.  Accordingly, her application is untimely and must be DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*